IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

CAROL JANET HAWKINS §
    Plaintiff §
and §
§
PACIFIC EMPLOYERS INSURANCE §
COMPANY § CIVIL ACTION NO. 5:05-cv-154
    Intervenor § DJF
§ Jury
v. §
§
WADLEY REGIONAL MEDICAL CENTER §
and RACHAEL KEILIN, M.D. §
    Defendants §

PLAINTIFF'S REQUESTED CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, before the Court has submitted its charge to the jury, and requests the Court to submit the following special issues, definitions and instructions, or to prepare and submit to the jury issues, definitions and instructions properly submitting the matters therein suggested.

Respectfully submitted,

**NEEDHAM JOHNSON, P.C.**
5144 Village Creek Drive
Plano, Texas 75093
Tel. No.: (972) 713-2606
Fax No.: (972) 713-2604

By: /s/ Tom Needham
    Tom Needham, TBA #14855300
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF this 24nd day of July, 2006, with a copy of said document being provided via the Court's transmittal to Defendants' counsel as follows:

Counsel for Defendant Wadley:
Mr. Marshall C. Wood
Norton & Wood LLP
P.O. Box 18081
315 Main Street
Texarkana, Texas 75504-1808

Counsel for Defendant Keilin:
Kay E. Ellington
Law Offices of Kay Ellington, P.C.
211 N. Record, Suite 550, LB 12
Dallas, Texas 75202

Counsel for Intervenor:
Mr. Darryl J. Silvera
The Silvera Firm
1015 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244

/s/  Tom Needham