IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CAROL JANET HAWKINS<br>        Plaintiff<br>and<br><br>PACIFIC EMPLOYERS INSURANCE<br>COMPANY<br>        Intervenor<br><br>v.<br><br>WADLEY REGIONAL MEDICAL CENTER<br>and RACHAEL KEILIN, M.D.<br>        Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:05-cv-154<br>DJF<br>Jury |

## VERDICT OF THE JURY

QUESTION ONE:

Did the negligence, if any, of those named below proximately cause injury to Jan Hawkins?

Answer "Yes" or "No" for each of the following:

a.    Dr. Keilin                                                    _____

b.    Wadley Regional Medical Center            _____

Page 1

If you have answered "Yes" to Question One for more than one of those named, then answer Question Two. Otherwise, do not answer Question Two.

The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The negligence attributable to any one named below is not necessarily measured by the number of acts or omissions found.

QUESTION TWO:

With respect to causing or contributing to cause in any way the injury to Jan Hawkins, find the percentage of negligence, if any, attributable as between or among —

a.    Dr. Keilin                                           _____%

b.    Wadley Regional Medical Center                       _____%

                        Total                    100%

Page 2

If you have answered "Yes" to Question One, then answer Question Three. Otherwise, do not answer Question Three.

QUESTION THREE:

What sum of money, if paid now in cash, would fairly and reasonably compensate Jan Hawkins for her injuries, if any, resulting from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damages you find.

Elements of damage:

a.    Medical care

b.    Physical pain and mental anguish

c.    Physical impairment

d.    Loss of earning capacity

Answer in dollars and cents for damages, if any, that —

were sustained in the past;          ANSWER: _____

in reasonable probability will
be sustained in the future.          ANSWER: _____

_____                    _____
Presiding Juror                                                                              Date